UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of PERFORMANCE CONTRACTING, INC., a Kansas corporation, | NO.  1:14-cv-003163-SAB |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION AND CLOSING FILE** |
| ADVANCED TECHNOLOGY CONSTRUCTION CORP., a Washington corporation; and TRAVELERS CASUALTY AND SURETY COMPANYOF AMERICA, a foreign corporation, | |
| Defendants. | |

Before the Court is the parties' Stipulated Motion for Order of Dismissal with Prejudice, ECF No. 11.

The parties ask the Court to dismiss the above-captioned action with prejudice and without costs or fees to any party.

Accordingly, **IT IS HEREBY ORDERED:**

1.  The parties' Stipulated Motion for Order of Dismissal with Prejudice, ECF No. 11, is **GRANTED**.

**ORDER DISMISSING ACTION AND CLOSING FILE ~ 1**

2.  The above-captioned action is **dismissed** with prejudice and without costs or fees to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel and **close the file**.

**DATED** this 28th day of January, 2016.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING ACTION AND CLOSING FILE** ~ 2